

COUNSELORS AT LAW

CARDI & EDGAR
LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20
```

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

December 24, 2019

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. McCoy et al.*, 18 Cr. 413 (VM)

Dear Judge Marrero:

  We represent defendant Joseph McCoy in the above-captioned proceeding. We write to request an adjournment of Mr. McCoy's sentencing, currently scheduled for January 8, 2020, in order to obtain additional supporting materials. The government consents to our request. This is the defendant's first request for an adjournment of his sentencing.

  We thank the Court in advance for its consideration of this matter.

           Respectfully submitted,

           /s/

           Dawn M. Cardi
           Attorney for defendant Joseph McCoy

cc: Timothy Capozzi (by ECF)
   Assistant United States Attorney

> Request GRANTED. The sentencing of defendant Joseph McCoy herein is rescheduled to 1-3-20 at 2:30 p.m.
>
> SO ORDERED.
>
> 1-6-20
> DATE    Victor Marrero, U.S.D.J.

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com