

COUNSELORS AT LAW

CARDI & EDGAR
—LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

January 27, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/20

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:    *United States v. McCoy et al.*, 18 Cr. 413 (VM)

Dear Judge Marrero:

      We represent defendant Joseph McCoy in the above-captioned proceeding. We write to request a second adjournment of Mr. McCoy's sentencing, currently scheduled for January 31, 2020. We are still in the process of retaining an appropriate mitigation specialist who can assist us in preparing relevant material for Mr. McCoy's sentencing. We respectfully request an additional 60 days to prepare our sentencing submission. The government does not object to our request.

      We thank the Court in advance for its consideration of this matter.

Request GRANTED. The sentencing of defendant Joseph
McCoy herein is rescheduled to 4-3-20
at 2:30 p.m.
SO ORDERED.
1-28-20
DATE        VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

/s/

Dawn M. Cardi
Attorney for defendant Joseph McCoy

cc:    Timothy Capozzi (by ECF)
        Assistant United States Attorney