



COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

February 25, 2020

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. McCoy et al.*, 18 Cr. 413 (VM)

Dear Judge Marrero:

    We represent defendant Joseph McCoy in the above-captioned proceeding. We write to request a third adjournment of Mr. McCoy's sentencing, currently scheduled for April 3, 2020. We have finally identified a mitigation specialist who is available and can assist us in preparing relevant material and a report for Mr. McCoy's sentencing but he needs at least two months to complete the project. We respectfully request an adjournment of an additional 60 days to provide the mitigation specialist sufficient time to prepare a report. The government does not object to our request.

    We thank the Court in advance for its consideration of this matter.

Request GRANTED. The sentencing of defendant Joseph McCoy herein is rescheduled to 6-5-20 at 2:00 p.m.

SO ORDERED.

2-27-20
DATE    VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

/s/

Dawn M. Cardi
Attorney for defendant Joseph McCoy

cc:    Timothy Capozzi (by ECF)
       Assistant United States Attorney

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com