```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **18 CR 413 (VM)**
                                   :
         -against-                 :
                                   :           **ORDER**
JOSEPH MCCOY,                      :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, June 5, 2020, shall be rescheduled to Friday, August 7, 2020 at 2:15 p.m.

**SO ORDERED:**

Dated:     New York, New York
           2 June 2020

_____
Victor Marrero
U.S.D.J.